856

No. 120, Misc. TATE *v.* CALIFORNIA ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 122, Misc. SCIALABBA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 128, Misc. COOPER *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 129, Misc. GADSDEN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner.

No. 130, Misc. HOWARD *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 132, Misc. HINLEY *v.* OKLAHOMA. Supreme Court of Oklahoma. Certiorari denied.

No. 137, Misc. BENDER *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 139, Misc. MANDELL *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 274, October Term, 1950. AUTOGRAPHIC REGISTER Co. *v.* UARCO, INC., 340 U. S. 853. Motion for leave to file petition for rehearing denied.